**E-Filed 5/5/2011**

STEPHENSON, ACQUISTO & COLMAN
MELANIE JOY YOUNG, ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ.    (SBN 136571)
RICHARD A. LOVICH, ESQ. (SBN 113472)
GARY LAHENDRO, ESQ.    (SBN 169033)
OLIVER TOMAS, ESQ.      (SBN 233807)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITALS AND CLINICS, a
California non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITALS AND CLINICS, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARCHSTONE COMMUNITIES LLC; a Delaware limited liability company; UNITEDHEALTH GROUP INCORPORATED; a Minnesota corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants | CASE No. CV11-00620 (JF)<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY<br><br>Date:   May 6, 2011<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 3<br>Judge:  Honorable Jeremy Fogel |

///

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Request to Appear Telephonically at the Initial Case Management Conference on May 6, 2011, is hereby granted.  Counsel shall contact Court Call at 866-582-6878 in ADVANCE of the hearing to arrange for the telephonic appearance.

IT IS SO ORDERED.

Dated: 5/5/2011

_____
HON. JEREMY D. FOGEL
UNITED STATES DISTRICT JUDGE