1  MAYER BROWN LLP
   Rena Chng (SBN 209665)
2  Two Palo Alto Square, Suite 300
   3000 El Camino Real
3  Palo Alto, CA  94306-2112
   Telephone: (650) 331-2000
4  Facsimile:  (650) 331-2060
   rchng@mayerbrown.com
5
   MAYER BROWN LLP
6  Marcia Goodman (*pro hac vice*)
   Christopher Comstock (*pro hac vice*)
7  71 South Wacker Drive
   Chicago, IL 60606
8  Telephone: (312) 701-7953
   Facsimile:  (312) 706-9162
9  mgoodman@mayerbrown.com
   ccomstock@mayerbrown.com
10

11 Counsel for Defendant
   ARCHSTONE COMMUNITIES LLC
12

13               **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15                      **SAN JOSE DIVISION**

16

17 | STANFORD HOSPITALS AND CLINICS, a           | Case No. CV11-00620 (JF)
   | California non-profit public benefit corporation, |
18 |                                              | **STIPULATION ON BRIEFING**
   |            Plaintiff,                        | **SCHEDULE FOR MOTION TO**
19 |                                              | **DISMISS PLAINTIFF'S FIRST**
   |      v.                                      | **AMENDED COMPLAINT;**
20 |                                              | [PROPOSED] **ORDER THEREON**
   | ARCHSTONE COMMUNITIES LLC; a                 |
21 | Delaware limited liability company;          |
   | UNITEDHEALTH GROUP                           |
22 | INCORPORATED; a Minnesota corporation;       |
   | and DOES 1 THROUGH 25, INCLUSIVE             |
23 |                                              |
   |            Defendants.                       |
24

25

26

27

28

Pursuant to Civil L.R. 7-12, plaintiff Stanford Hospitals and Clinics ("Stanford Hospitals"), defendant Archstone Communities LLC ("Archstone"), and defendant UnitedHealth Group Incorporated ("United"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Stanford Hospitals filed a First Amended Complaint ("FAC") on May 26, 2011;

WHEREAS, pursuant to Fed. R. Civ. P. 15, defendants' responses to the FAC are due on June 9, 2011;

WHEREAS, defendants intend to move jointly to dismiss the FAC; and

WHEREAS, the parties have reserved August 12, 2011, for a hearing on Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint;

The parties, having met and conferred, hereby stipulate and agree to the following briefing schedule:

| | |
|---|---|
| Joint Motion to Dismiss due | June 17, 2011 |
| Opposition due | July 8, 2011 |
| Reply due | July 22, 2011 |
| Hearing | August 12, 2011 at 9:00 a.m. |

IT IS SO STIPULATED.

Dated: May 27, 2011  STEPHENSON, ACQUISTO & COLMAN

By: /s/ Oliver Tomas .
Oliver Tomas

Counsel for Plaintiff
Stanford Hospitals and Clinics

Dated: May 27, 2011  MAYER BROWN LLP

By: /s/ Rena Chng .
Rena Chng

Counsel for Defendant
Archstone Communities LLC

2

| | |
|---|---|
| Dated: May 27, 2011 | SEDGWICK LLP |
| | By:     /s/ Dina Richman     .<br>Dina Richman |
| | Counsel for Defendant<br>UnitedHealth Group Incorporated |

*Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.*

              /s/ Rena Chng
                Rena Chng

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 6/8/11

              _____
              Hon. Jeremy Fogel
              United States District Judge