SEDGWICK LLP
DAVID M. HUMISTON  Bar No. 90579
david.humiston@sedgwicklaw.com
DINA R. RICHMAN  Bar No. 251088
dina.richman@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
UNITEDHEALTH GROUP INCORPORATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITALS AND CLINICS, a California non-profit public benefit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ARCHSTONE COMMUNITIES LLC; a Delaware limited liability company; UNITEDHEALTH GROUP INCORPORATED; a Minnesota corporation; and DOES 1 through 25, inclusive<br><br>  Defendants. | CASE NO. CV11-00620 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE** |

  Plaintiff Stanford Hospitals and Clinics ("Stanford Hospitals"), defendant Archstone Communities LLC ("Archstone"), and defendant UnitedHealth Group Incorporated ("United") (collectively, the "Parties), by and through their respective counsel of record, hereby stipulate and agree as follows:

  WHEREAS, the Parties previously stipulated to complete the ADR process through private mediation by August 4, 2011;

LA/1032668v1                                                    -1-
STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE

1  WHEREAS, United and Archstone currently have a pending motion to
2  dismiss which is scheduled to be heard on August 12, 2011;
3  WHEREAS, the Parties have not yet engaged in discovery;
4  WHEREAS, no trial date has been set;
5  The parties, having met and conferred, hereby stipulate and agree to extend
6  the deadline to complete private mediation to **November 15, 2011**.
7  IT IS SO STIPULATED.

9  Dated: July 12, 2011         SEDGWICK LLP

10                              By: /s/ Dina R. Richman
                                    David M. Humiston
11                                  Dina R. Richman

12                              Counsel for Defendant
                                UnitedHealth Group, Inc.

13 Dated: July 12, 2011         STEPHENSON, ACQUISTO &
14                              COLMAN

15                              By: /s/ Gary LaHendro
                                    Gary LaHendro

16                              Counsel for Plaintiff
17                              Stanford Hospitals and Clinics

18 Dated: July 12, 2011         MAYER BROWN LLP

                                By: /s/ Rena Chng
19                                  Rena Chng

20                              Counsel for Defendant
                                Archstone Communities LLC

*Pursuant to General Order No. 45, Section X(B), I hereby attest that the above signatories concur in the filing of this document.*

/s/ Dina R. Richman
Dina R. Richman

## [PROPOSED] ORDER

Pursuant to the above stipulation, it is so ordered that the Parties' deadline to complete private mediation shall be continued to November 15, 2011.

Date: 7/19/11

Hon. Jeremy Fogel